IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Lisa Fisher, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-4101-CV-C-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Friday, September 30, 2011, the Court heard oral argument on *Plaintiff's Motion For Brief Or In The Alternative Motion For Judgment On The Pleadings*, filed May 3, 2011 [Doc. 15] and the *Brief For Defendant*, filed August 9, 2011 [Doc. 20]. For the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for the **AWARD OF BENEFITS** consistent with the decision of the Court as set forth at the conclusion of the oral argument on September 30, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded for the award of benefits.

                                               */s/ John T. Maughmer*
                                               **JOHN T. MAUGHMER**
                                               **U. S. MAGISTRATE JUDGE**