# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| Lisa Fisher, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-4101-CV-C-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
|        Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney Fees Under The Equal Access To Justice Act*, filed December 7, 2011 [Doc. 29]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney Fees Under The Equal Access To Justice Act*, filed December 7, 2011 [Doc. 29] is **GRANTED**. Accordingly plaintiff is awarded $5,046.81 in attorney fees under the Equal Access To Justice Act, 28 U.S.C. §2412.

                                               */s/ John T. Maughmer*
                                               **JOHN T. MAUGHMER**
                                               **U. S. MAGISTRATE JUDGE**